Edward Erhart, appellee, v. Henry Genslinger, appellant. Gen. No. 8,412.

Opinion filed June 7, 1932.

Arthur H. Shay, for appellant. John J. Massieon and Butters & Butters, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.